MEMO ENDORSED

The application is granted. The conference scheduled for April 8, 2021 is adjourned to June 24, 2021 at 10:00 a.m.

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

March 9, 2021

**SHOOK**
HARDY & BACON

March 5, 2021

**By ECF**
The Honorable Paul G. Gardephe
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Joseph A. Iemma

1325 Avenue of the Americas
28th Floor
New York, NY 10019
**t** 212.989.8844
**dd** 212.779.6104
**jiemma@shb.com**

Re:   *Krucial Staffing, LLC v. Federal Insurance Company and National Liability & Fire Insurance Company*
      1:20-cv-08202

Dear Hon. Gardephe:

Please accept this letter pursuant to Your Honor's Individual Rules sections I. A. and I. E.

Undersigned counsel represents Defendant National Liability & Fire Insurance Company ("NLF") in this matter. NLF respectfully requests that this Court adjourn the Initial Conference in this matter 60 days, to afford time for Defendants to file their respective responsive pleadings. The instant request is unopposed.

An Initial Conference has been scheduled by this Court in the instant matter for Thursday, April 8, 2021. Both NLF and Co-Defendant Federal Insurance Company have executed waivers of service, fixing their respective deadlines to file a responsive pleading to Krucial Staffing, LLC's Complaint for 60 days from February 17, 2021 (*i.e.,* to and including April 19, 2021). Because the responsive pleadings are set to come due *after* the Initial Conference, NLF respectfully requests that the Initial Conference be adjourned to no sooner than Thursday, June 10, 2021. Counsel for Plaintiff and for Co-Defendant Federal Insurance Company have both consented to the adjournment request.

I thank the Court for its attention to this application.

Respectfully,
/s/ Joseph A. Iemma
Joseph A. Iemma

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4823-4294-9342 v3