UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRUCIAL STAFFING, LLC<br><br>                  Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>                  Defendants. | No. 1:20-cv-08202 |

## **VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed pursuant to Fed. R. Civ. P. 41(a)(1)(A) by and between Plaintiff Krucial Staffing LLC ("Krucial") and Defendant Federal Insurance Company ("Federal") through undersigned counsel of record, as follows:

1. The instant action, and all claims therein, is hereby dismissed as against Federal, without prejudice.

2. If, on or before April 22, 2022, Krucial should file another action against Federal based on or including the same claims or arising from the same nucleus of operative facts as are set forth in the instant action (the "Possible Second Action"), for purposes of calculating the statute of limitations, the Possible Second Action shall be deemed to have been filed on October 2, 2020, the date that the instant action originally was filed, and any limitations periods shall be deemed to be tolled from the date the instant action is dismissed until April, 22, 2022.

3. Each party is to bear its own legal fees, costs and expenses.

Dated: New York, New York
      May 5, 2021

By: /s/ Edward J. Kirk
Edward J. Kirk
Scott W. Schwartz
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, NY 10174
(212) 710-3900
*Counsel for Defendant*
*Federal Insurance Company*

By: /s/   Joshua J. Pollack
Joshua J. Pollack
Lathrop GPM LLP
2049 Century Park East
Suite 3500S
Los Angeles, CA 90067
(319) 789-4600
*Counsel for Plaintiff Krucial Staffing LLC*

By:_____
Joseph Iemma
SHOOK, HARDY & BACON L.L.P.
1325 Avenue of the Americas
28th Floor
New York, NY 10019
(212) 989-8844

Douglas S. Beck
W. Clark Richardson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
*Counsel for Defendant National Liability &*
*Fire Insurance Company*

SO ORDERED.

Date: May ___, 2021

_____
U.S. District Judge

Dated: New York, New York
      May 5, 2021

By:_____      By: /s/ Joshua J. Pollack
Edward J. Kirk     Joshua J. Pollack
Scott W. Schwartz     Lathrop GPM LLP
CLYDE & CO US LLP     2049 Century Park East
405 Lexington Avenue, 16th Floor     Suite 3500S
New York, NY 10174     Los Angeles, CA 90067
(212) 710-3900     (319) 789-4600
*Counsel for Defendant*     *Counsel for Plaintiff Krucial Staffing LLC*
*Federal Insurance Company*

By: 
Joseph Iemma
SHOOK, HARDY & BACON L.L.P.
1325 Avenue of the Americas
28th Floor
New York, NY 10019
(212) 989-8844

Douglas S. Beck
W. Clark Richardson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
*Counsel for Defendant National Liability & Fire Insurance Company*

SO ORDERED.

Date: May __, 2021

_____
U.S. District Judge